IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| In re: | § | Chapter 11 |
|---|---|---|
| | § | |
| TMT USA SHIPMANAGEMENT LLC, *et al.*,[1] | § § § | Case No. 13-33740 |
| | § | |
| DEBTORS. | § | (Joint Administration Requested) |

CONSOLIDATED LIST OF CREDITORS HOLDING
30 LARGEST UNSECURED CLAIMS[2]

| | (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|---|
| | Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | Name of claim (trade debt, bank Loan, government contract, etc.) | Indicate if claim is contingent unliquidated, disputed, or subject to setoff | Amount of Claim |
| 1. | China Shipping Car Carrier | 9/F, 700 DongDaMing Road, Shanghai, China 200 080 | Charter Hire | | $10,076,164.24 |
| 2. | KPI Bridge Oil | 1 Raffles Place, #41-02 OUB Centre, Singapore 048616 | Bunker Supplier | | $ 6,963,749.05 |
| 3. | Transocean Oil PTE Ltd. | 1 Commonwealth Lane No. 06-01/02 Commonwealth Singapore 149544 | Bunker Supplier | | $ 5,142,667.26 |
| 4. | T.R.S. NV Europe | Ouland 37 - Haven 97 B-2030 Antwerp | Agent | | $1,600,000.00 |
| 5. | Omega Bunker S.R.L. | Via Circonvallazione, 6, 30171 Venezia Mestre, Italy, P.IVA IT03167830276 | Bunker Supplier | | $1,226,362.39 |

---

[1] The Debtors in these chapter 11 cases are: (1) A Whale Corporation; (2) B Whale Corporation; (3) C Whale Corporation; (4) D Whale Corporation; (5) E Whale Corporation; (6) G Whale Corporation; (7) H Whale Corporation; (8) A Duckling Corporation; (9) F Elephant Corporation; (10) F Elephant Inc.; (11) A Ladybug Corporation; (12) C Ladybug Corporation; (13) D Ladybug Corporation; (14) A Handy Corporation; (15) B Handy Corporation; (16) C Handy Corporation; (17) B Max Corporation; (18) New Flagship Investment Co., Ltd; (19) RoRo Line Corporation; (20) Ugly Duckling Holding Corporation; (21) Great Elephant Corporation; (22) TMT Procurement Corporation; and (23) TMT USA Shipmanagement LLC.

[2] Creditors on this list may assert a maritime or other lien against one or more of the Debtors. The Debtors reserve all rights with respect to such assertions.

#4314227

|     | (1) | (2) | (3) | (4) | (5) |
| --- | --- | --- | --- | --- | --- |
| 6.  | China Ocean Shipping Agency | COSCO Logistics Plaza, No. 220, Balizhuangbeili Block Chaoyang District, Beijing, China | Agent | | $ 1,222,166.96 |
| 7.  | Jurong SML PTE. Ltd. | 29, Tanjong Kling Road, Jurong Town, Singapore 628054 | Repair | | $ 1,043,534.42 |
| 8.  | CTX Special Risks Limited | 1/F, No.4, Alley 19, Lane 216, Sec. 4, Zhongxiao E. Road Taipei 106, Taiwan | Insurance | | $ 1,024,094.05 |
| 9.  | Scandinavian Bunkering AS | Ovre Langgate 50 N-3110, Tonsberg, Norway | Bunker Supplier | | $969,421.89 |
| 10. | Songa Shipping PET LTD | 1 Temasek Avenue #22-05 Millenia Tower Singapore, 039192 Singapore | Charter Hire | | $ 837,990.17 |
| 11. | Eiger Shipping SA | 9, rue du Conseil General CH 1205 - Geneva Switzerland | Charter Hire | | $ 824,811.89 |
| 12. | Inchape Shipping Services | Suzuyo Hamamatsucho Building 1-16, Kidan 2-chome, Minato-ku 105-0022 | Agent | | $ 629,709.99 |
| 13. | Aquarius Marine & Oil Limited | P.O. Box 25, 26 Athol Street, Douglas, Isle Of Man, IM99, UK | Bunker Supplier | | $ 600,523.00 |
| 14. | Ocean Energy Ltd. | Trust House 112, Bonadie Street, Kingston, SaintVincent | Bunker Supplier | | $ 542,754.77 |
| 15. | SITC Shipping Corp. | Rooms 2202-2203, 22/F Office Tower, Convention Plaza 1 Harbour Road Wanchai Hong Kong | Agent | | $ 517,300.00 |
| 16. | Gulf Agency Company | P.O. Box 335, Dammam 31411, Saudi Arabia | Agent | | $ 489,527.38 |
| 17. | Panavico Shanghai | 3/f No. 13, Zhongshan Road (E.1) Shanghai, China | Agent | | $437,944.00 |
| 18. | Albeit Almamoor General Trading LLC | Dubai – Al Maktum Street- Doha Center Building . flat 702 | Agent | | $ 406,000.00 |
| 19. | Cathay Century Insurance Co., Ltd. | 13/F Kyoto Plaza 491-499 Lockhart Road Causeway Bay, Hong Kong | Insurance | | $ 404,630.42 |

#4314227

|     | (1) | (2) | (3) | (4) | (5) |
| --- | --- | --- | --- | --- | --- |
| 20. | Hull Blyth & Co. | 10 Coldbath Square Clerkenwell London EC1R 5HL | Agent | | $ 401,283.86 |
| 21. | COSCO Manning Corp. Inc. | Floor 6, Building 3, No.170 Beiyuan Road, Chaoyang Dist. Beijing, China | Crew Company | | $ 367,210.26 |
| 22. | Universal Marine Service Co. | 330-110, Chunghak-Dong, Youngdo-Gu Pusan, Korea 606-075 | Spare parts Supplier | | $ 333,331.44 |
| 23. | BP Marine Limited (Castrol) | Chertsey Road Sunbury On Thames, Middlesex, TW16 7BP UK | Luboil Supplier | | $ 306,464.06 |
| 24. | AB Plant Shipping Limited | Colton Grange, High House Farm Lane, Colton, Norwich, Norfolk, NR9 5DG | Agent | | $272,000.00 |
| 25. | Shipping Corporation of India Ltd. | No. 245, Madame Cama Road Mumbai - 400 021. | Charter Hire | | $255,619.00 |
| 26. | North Sea Group Hong Kong Ltd. | 3307, 33/F, Hopewell Centre 183 Queens Road East Wanchai Hong Kong | Bunker Supplier | | $255,060.00 |
| 27. | Zhejiang Eastern Shipyard Co., Ltd. | Chaotoumen, Qushan, Daishan, ZHoushan, Zhejiang, 316281, China | Repair | | $210,000.00 |
| 28. | Wilhelmsen Ships Services | 6/F, No.96, Section 1 Jian Guo Nort Road Taipei 104 Taiwan, Republic Of China | Supplier | | $201,742.89 |
| 29. | Vanguard Energy Pte. Ltd. | 1 Kim Seng Promenade, #17-03, Great World City East Tower, Singapore 237994 | Bunker Supplier | | $192,851.78 |
| 30. | Xiamen Hailong Manning Service Co., | The Atlantic Seaview City Bldg A Flr13 No.9 Hubin West Road, Xiamen | Crew Company | | $169,078.75 |
|     | TOTAL | | | | $ 37,928,347.69 |

#4314227

-4-

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF CORPORATION

I, Lisa Donahue, Managing Director of AlixPartners, the Debtors' proposed financial advisor in these cases, declare under penalty of perjury that I have read the foregoing Consolidated List of Creditors Holding 30 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Dated: June 20, 2013                                    By: _____
                                                              Lisa J. Donahue

#4314227