# TMT USA SHIPMANAGEMENT LLC
# CONSOLIDATED MASTER SERVICE LIST*

**DEBTORS**
TMT USA Shipmanagement LLC, A Whale Corporation, B Whale Corporation, C Whale Corporation, D Whale Corporation, E Whale Corporation, G Whale Corporation, H Whale Corporation, F Elephant Corporation, F Elephant Inc., A Duckling Corporation, A Ladybug Corporation, C Ladybug Corporation, D Ladybug Corporation, A Handy Corporation, F Elephant Inc., B Handy Corporation, C Handy Corporation, B Max Corporation
5005 Woodway, Suite 230
Houston, TX 77056

RoRo Line Corporation and Great Elephant Corporation
80 Broad Street
Monrovia, Liberia

Ugly Duckling Holding Corporation
Salduba Building, Top Floor, 53rd Street, Obarrio Urbanizacion
P.O. Box 7284, Panama 5, Panama

TMT Procurement Corporation
Ajeltake Road, Ajeltake Island
Majuro, Republic of the Marshall Islands MH 96960

New Flagship Investment Co., Ltd
12th Floor. No. 167, FuHsin N. Rd
Taipei, Taiwan, R.O.C.

**ATTORNEYS FOR THE DEBTORS**
William A. (Trey) Wood, III
Jason G. Cohen
Bracewell & Giuliani LLP
711 Louisiana, Suite 2300
Houston, TX 77002
Trey.Wood@bgllp.com
Jason.Cohen@bgllp.com

-and-

Evan D. Flaschen
Bracewell & Giuliani LLP
225 Asylum Street, Suite 2600
Hartford, CT  06103-1516
Evan.Flaschen@bgllp.com

-and-

Robert G. Burns
Bracewell & Giuliani LLP
1251 Avenue of the Americas
New York, NY 10020-1104
Bob.Burns@bgllp.com

**UNITED STATES TRUSTEE**
Christine March
Office of the U.S. Trustee
515 Rusk Ave., Suite 3516
Houston, TX 77002
christine.a.march@usdoj.gov

**GOVERNMENTAL ENTITIES**
Internal Revenue Service
300 East 8th Street
STOP 5026 AUS
Austin, TX 78701

U.S. Attorneys' Office
Civil Division
Southern District of Texas
PO Box 61129
Houston, TX  77208

**FINANCIAL ADVISOR FOR THE DEBTORS**
Lisa Donahue
AlixPartners
40 West 57th Street
New York, NY 10019
ldonahue@alixpartners.com

-and-

Albert Stein
AlixPartners
20 North Audley Street London
W1K 6WE United Kingdom
astein@alixpartners.com

* Debtors reserve all rights with respect to classification of creditor claims.

#4314241

**SECURED LENDERS***

First Commercial Bank Co., Ltd.
c/o Chang Chun Branch
169, Fu Hsing N. Road
Taipei, Taiwan
Republic of China

Bank SinoPac
No. 8 Ruiguang Road
Neihu District
Taipei City 114, Taiwan
Republic of China

Mega International Commercial Bank Co., Ltd.
No. 100 Chi Lin Road
Taipei, Taiwan
Republic of China

Cathay United Bank
3F, No. 65 Guan Chien Rd.
Taipei, 10047, Taiwan
Republic of China

The Shanghai Commercial & Savings Bank, Ltd.
c/o Dun Pei Branch
No. 142 Min Chuan E. Rd., Sec. 3
Taipei, Taiwan
Republic of China

**TOP 30 UNSECURED CREDITORS**

China Shipping Car Carrier
9/F, 700 DongDaMing Road
Shanghai, China 200 080

KPI Bridge Oil
1 Raffles Place, #41-02 OUB Centre
Singapore 048616

Transocean Oil PTE Ltd.
1 Commonwealth Lane
No. 06-01/02 Commonwealth
Singapore 149544

T.R.S. NV Europe
Ouland 37 - Haven 97
B-2030 Antwerp

Omega Bunker S.R.L.
Via Circonvallazione, 6, 30171 Venezia Mestre
Italy, P.IVA IT03167830276

China Ocean Shipping Agency
COSCO Logistics Plaza, No. 220
Balizhuangbeili Block ,Chaoyang District
Beijing, China

Jurong SML PTE. Ltd
29, Tanjong Kling Road
Jurong Town, Singapore 628054

CTX Special Risks Limited
1/F, No.4, Alley 19, Lane 216, Sec. 4
Zhongxiao E. Road Taipei 106, Taiwan

Scandinavian Bunkering AS
Ovre Langgate 50 N-3110
Tonsberg, Norway

Songa Shipping PET LTD
1 Temasek Avenue #22-05, Millenia Tower
Singapore, 039192, Singapore

Eiger Shipping SA
9, rue du Conseil General, CH 1205
Geneva, Switzerland

Inchape Shipping Services
Suzuyo Hamamatsucho Building
1-16, Kidan 2-chome, Minato-ku 105-0022

Aquarius Marine & Oil Limited
P.O. Box 25, 26 Athol Street
Douglas, Isle of Man, IM99, UK

Ocean Energy Ltd.
Trust House 112, Bonadie Street
Kingston, Saint Vincent

SITC Shipping Corp.
Rooms 2202-2203, 22/F
Office Tower, Convention Plaza
1 Harbour Road
Wanchai
Hong Kong

Gulf Agency Company
P.O. Box 335
Dammam 31411, Saudi Arabia

Panavico Shanghai
3/f No. 13, Zhongshan Road (E.1)
Shanghai, China

Albeit Almamoor General Trading LLC
Al Maktum Street- Doha Center Building, Flat 702
Dubai

Cathay Century Insurance Co., Ltd.
13/F Kyoto Plaza 491-499 Lockhart Road
Causeway Bay, Hong Kong

#4314241

Hull Blyth & Co.
10 Coldbath Square Clerkenwell
London, EC1R 5HL

COSCO Manning Corp. Inc.
Floor 6, Building 3, No.170 Beiyuan Road
Chaoyang Dist., Beijing, China

Universal Marine Service Co.
330-110, Chunghak-Dong, Youngdo-Gu
Pusan, Korea  606-075

BP Marine Limited (Castrol)
Chertsey Road, Sunbury On Thames
Middlesex, TW16 7BP UK

AB Plant Shipping Limited
Colton Grange, High House Farm Lane,
Colton,Norwich, Norfolk, NR9 5DG

Shipping Corporation of India Ltd.
No. 245, Madame Cama Road
Mumbai - 400 021

North Sea Group Hong Kong Ltd.
3307, 33/F, Hopewell Centre
183 Queens Road East
Wanchai, Hong Kong

Zhejiang Eastern Shipyard Co., Ltd.Chaotoumen,
Qushan, Daishan, ZHoushan
Zhejiang, 316281, China

Wilhelmsen Ships Services
6/F, No.96, Section 1 Jian Guo North Road Taipei
104 Taiwan, Republic Of China

Vanguard Energy Pte. Ltd.
1 Kim Seng Promenade
#17-03, Great World City East Tower
Singapore 237994

Xiamen Hailong Manning Service Co.,
The Atlantic Seaview City Bldg A Flr13 No.9 Hubin
West Road, Xiamen

**EQUITY SECURITY HOLDERS (≥ 5%)**
Hsin Chi Su and Rika Morimoto
8F., No. 126, Sec. 1
Jianguo N. Rd.
Taipei City104, Taiwan

F2 Capital and New Flagship Investment Co., Ltd
12th Floor. No. 167, FuHsin N. Rd
Taipei, Taiwan, R.O.C.

TMT Co., Ltd and TMT Energy Services Corporation
10F, No. 245, Sec 1, Dunhua S Rd, Da'an District,
Taipei 106, Taiwan

Estimar Marine S.A., Mommy Management Corp.
and Ugly Duckling Holding Corporation
Salduba Building, 3rd Floor, East 53rd Street
Marbella Urbanization
Panama, Republic of Panama

**DIRECTORS/MEMBERS**
Hsin Chi Su, Tai Chou Chang and Rika Morimoto
8F., No. 126, Sec. 1
Jianguo N. Rd.
Taipei City104, Taiwan

Lilia Judith Tovar De Leon, Estimar Marine S.A.
and Mommy Management Corp.
Salduba Building, 3rd Floor, East 53rd Street
Marbella Urbanization
Panama, Republic of Panama

F4 Capital and Taiwan Maritime Transportation Co.,
Ltd
12th Floor. No. 167, FuHsin N. Rd
Taipei, Taiwan, R.O.C.

#4314241